**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 20-10165 | PMB | Judge: | Paul M. Baisier | Trustee Name: | GRIFFIN E. HOWELL, III |
|---|---|---|---|---|---|---|
| Case Name: | FOUNDATION AMBULANCE, INC. | | | | Date Filed (f) or Converted (c): | 01/23/2020 (f) |
| | | | | | 341(a) Meeting Date: | 03/06/2020 |
| For Period Ending: | 03/31/2023 | | | | Claims Bar Date: | 11/30/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts receivable | 8,720.00 | 0.00 | OA | 0.00 | FA |
| 2. Other inventory or supplies as of July 2019 | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Office furniture | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Office fixtures | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | 20,000.00 | 2,500.00 | | 2,500.00 | FA |
| 6. See Schedule G - (Lease of 116 Noth 85 Parkway, Fayetteville, GA, 30214; Lease of 110 North 85 Parkway, Fayetteville, GA, 30214) | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 8. PREFERENCE CLAIM AGAINST OLATHE FORD SALES, INC., ADVERSARY PROCEEDING NO. 20-01037 | 185,000.00 | 185,000.00 | | 60,000.00 | FA |
| 9. 2009 FORD ECONOLINE E450 - FLATBED TRUCK, 144,584 MILES (u) | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. ACCUDRAFT PAINT BOOTH, MODEL ACCUDRAFT TX, SERIAL NUMBER C7030 (u) | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $225,220.00 | $187,500.00 | | $62,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE COMPROMISED CLAIM AGAINST OLATHE FORD.  TRUSTEE HAS OBJECTED TO CLAIMS.  TAX RETURNS HAVE BEEN FILED. TRUSTEE PREPARING TO CLOSE CASE.

| | | | |
|---|---|---|---|
| RE PROP # | 5 | -- | Trustee was selling machinery and equipment of Foundation Ambulance, but the sale fell through.  Order dated 4/17/20 [de #31] allowed for the bankruptcy estate to receive $2,500.00 which represented one-half of the non-refundable deposit. |
| RE PROP # | 7 | -- | Asset voided as funds received should have been linked to asset #5 |
| RE PROP # | 8 | -- | The preference claim is a scheduled asset as the transfer was listed in the SOFA |
| RE PROP # | 9 | -- | ASSET ADDED BY AMENDMENT DATED 10/14/20 [de #44], THEN AMENDED AMENDMENT FILED 10/15/20 (FOR SAME ASSET) [de #45] |

Initial Projected Date of Final Report (TFR): 07/15/2022       Current Projected Date of Final Report (TFR): 12/30/2023

Trustee Signature:    /s/ GRIFFIN E. HOWELL, III       Date: 05/10/2023

GRIFFIN E. HOWELL, III
CHAPTER 7 TRUSTEE
P.O. BOX 2271
GRIFFIN, GA   30224
(770)227-4015
newhow@bellsouth.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 20-10165 | | Trustee Name: | GRIFFIN E. HOWELL, III |
| Case Name: | FOUNDATION AMBULANCE, INC. | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0170 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX6101 | | Blanket Bond (per case limit): | $29,875.00 |
| For Period Ending: | 03/31/2023 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/20 | 5 | Frontier Ambulance Solutions, LLC C/O Akerman LLP | One-half of non-refundable deposit per Order dated 4/17/20 [de #31] | 1129-000 | $2,500.00 | | $2,500.00 |
| 04/09/21 | 8 | Olathe Ford c/o Mann & Wooldridge, P.C. | Payment on compromise of preference claim against Olathe Ford per 3/24/21 Order [de #51] | 1141-000 | $60,000.00 | | $62,500.00 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.68 | $62,450.32 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.96 | $62,381.36 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.65 | $62,314.71 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.80 | $62,245.91 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.73 | $62,177.18 |
| 09/27/21 | 1001 | Morris Manning & Martin, LLP 1600 Atlanta Financial Center 3343 Peachtree Road, NE Atlanta, GA   30326 | Special Counsel for Trustee fees and expenses Payment of Special Counsel for Trustee fees and expenses per 9/22/21 Order [Docket No. 60] | | | $13,206.29 | $48,970.89 |
| | | Morris Manning & Martin, LLP | | ($12,355.00) | 3210-000 | | |
| | | Morris Manning & Martin, LLP | | ($851.29) | 3220-000 | | |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.44 | $48,904.45 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.00 | $48,850.45 |

Page Subtotals:                                                                                     $62,500.00         $13,649.55

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 20-10165 | Trustee Name: | GRIFFIN E. HOWELL, III |
|---|---|---|---|
| Case Name: | FOUNDATION AMBULANCE, INC. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0170 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6101 | Blanket Bond (per case limit): | $29,875.00 |
| For Period Ending: | 03/31/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.20 | $48,798.25 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $62,500.00 | $13,701.75 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $62,500.00 | $13,701.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $62,500.00 | $13,701.75 |

Page Subtotals:                                                                                          $0.00          $52.20

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0170 - Checking | $62,500.00 | $13,701.75 | $48,798.25 |
|  | $62,500.00 | $13,701.75 | $48,798.25 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $62,500.00 |
| Total Gross Receipts: | $62,500.00 |

Trustee Signature:   /s/ GRIFFIN E. HOWELL, III   Date: 05/10/2023

GRIFFIN E. HOWELL, III
CHAPTER 7 TRUSTEE
P.O. BOX 2271
GRIFFIN, GA  30224
(770)227-4015
newhow@bellsouth.net

Page Subtotals:   $0.00   $0.00