# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FOUNDATION AMBULANCE, INC. | § | Case No. 20-10165-PMB |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/23/2020. The undersigned trustee was appointed on 02/24/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $      62,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 13,206.29 |
   | Bank service fees | 495.46 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]            $      48,798.25

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/30/2020 and the deadline for filing governmental claims was 11/30/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,375.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $6,375.00, for a total compensation of $6,375.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $543.45, for total expenses of $543.45$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2023     By: /s/GRIFFIN E. HOWELL, III
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-10165 | PMB | Judge: | Paul M. Baisier | Trustee Name: | GRIFFIN E. HOWELL, III |
|---|---|---|---|---|---|---|
| Case Name: | FOUNDATION AMBULANCE, INC. | | | | Date Filed (f) or Converted (c): | 01/23/2020 (f) |
| | | | | | 341(a) Meeting Date: | 03/06/2020 |
| For Period Ending: | 09/15/2023 | | | | Claims Bar Date: | 11/30/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts receivable | 8,720.00 | 0.00 | OA | 0.00 | FA |
| 2. Other inventory or supplies as of July 2019 | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Office furniture | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Office fixtures | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | 20,000.00 | 2,500.00 | | 2,500.00 | FA |
| 6. See Schedule G - (Lease of 116 Noth 85 Parkway, Fayetteville, GA, 30214; Lease of 110 North 85 Parkway, Fayetteville, GA, 30214) | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 8. PREFERENCE CLAIM AGAINST OLATHE FORD SALES, INC., ADVERSARY PROCEEDING NO. 20-01037 | 185,000.00 | 185,000.00 | | 60,000.00 | FA |
| 9. 2009 FORD ECONOLINE E450 - FLATBED TRUCK, 144,584 MILES (u) | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. ACCUDRAFT PAINT BOOTH, MODEL ACCUDRAFT TX, SERIAL NUMBER C7030 (u) | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $225,220.00 | $187,500.00 | | $62,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE COMPROMISED CLAIM AGAINST OLATHE FORD.  TRUSTEE HAS OBJECTED TO CLAIMS.  TAX RETURNS HAVE BEEN FILED.  TRUSTEE HAS SUBMITTED TFR TO THE U.S. TRUSTEE.

| | | | |
|---|---|---|---|
| RE PROP # | 5 | -- | Trustee was selling machinery and equipment of Foundation Ambulance, but the sale fell through.  Order dated 4/17/20 [de #31] allowed for the bankruptcy estate to receive $2,500.00 which represented one-half of the non-refundable deposit. |
| RE PROP # | 7 | -- | Asset voided as funds received should have been linked to asset #5 |
| RE PROP # | 8 | -- | The preference claim is a scheduled asset as the transfer was listed in the SOFA |
| RE PROP # | 9 | -- | ASSET ADDED BY AMENDMENT DATED 10/14/20 [de #44], THEN AMENDED AMENDMENT FILED 10/15/20 (FOR SAME ASSET) [de #45] |

Initial Projected Date of Final Report (TFR): 07/15/2022        Current Projected Date of Final Report (TFR): 12/30/2023

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 20-10165 | Trustee Name: GRIFFIN E. HOWELL, III |
| Case Name: FOUNDATION AMBULANCE, INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0170 |
| | Checking |
| Taxpayer ID No: XX-XXX6101 | Blanket Bond (per case limit): $29,875.00 |
| For Period Ending: 09/15/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/20 | 5 | Frontier Ambulance Solutions, LLC C/O Akerman LLP | One-half of non-refundable deposit per Order dated 4/17/20 [de #31] | 1129-000 | $2,500.00 | | $2,500.00 |
| 04/09/21 | 8 | Olathe Ford c/o Mann & Wooldridge, P.C. | Payment on compromise of preference claim against Olathe Ford per 3/24/21 Order [de #51] | 1141-000 | $60,000.00 | | $62,500.00 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.68 | $62,450.32 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.96 | $62,381.36 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.65 | $62,314.71 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.80 | $62,245.91 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.73 | $62,177.18 |
| 09/27/21 | 1001 | Morris Manning & Martin, LLP 1600 Atlanta Financial Center 3343 Peachtree Road, NE Atlanta, GA 30326 | Special Counsel for Trustee fees and expenses Payment of Special Counsel for Trustee fees and expenses per 9/22/21 Order [Docket No. 60] | | | $13,206.29 | $48,970.89 |
| | | Morris Manning & Martin, LLP | | ($12,355.00) | 3210-000 | | |
| | | Morris Manning & Martin, LLP | | ($851.29) | 3220-000 | | |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.44 | $48,904.45 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.00 | $48,850.45 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $62,500.00    $13,649.55

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 20-10165 | Trustee Name: | GRIFFIN E. HOWELL, III |
| Case Name: | FOUNDATION AMBULANCE, INC. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0170 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6101 | Blanket Bond (per case limit): | $29,875.00 |
| For Period Ending: | 09/15/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.20 | $48,798.25 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $62,500.00 | $13,701.75 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $62,500.00 | $13,701.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $62,500.00 | $13,701.75 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $52.20

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0170 - Checking | $62,500.00 | $13,701.75 | $48,798.25 |
| | $62,500.00 | $13,701.75 | $48,798.25 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $62,500.00 |
| Total Gross Receipts: | $62,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-10165-PMB  
Debtor Name: FOUNDATION AMBULANCE, INC.  
Claims Bar Date: 11/30/2020  
Date: September 15, 2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | GRIFFIN E. HOWELL, III<br>CHAPTER 7 TRUSTEE<br>PO BOX 2271<br>GRIFFIN, GA   30224 | Administrative | | $0.00 | $6,375.00 | $6,375.00 |
| 100 2200 | GRIFFIN E. HOWELL, III<br>CHAPTER 7 TRUSTEE<br>PO BOX 2271<br>GRIFFIN, GA   30224 | Administrative | | $0.00 | $543.45 | $543.45 |
| 100 2700 | Clerk, United States Bankruptcy Court<br>1340 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA   30303 | Administrative | | $0.00 | $538.00 | $538.00 |
| 100 3110 | GRIFFIN E. HOWELL, III<br>GRIFFIN E. HOWELL, III & ASSOC., LTD.<br>P.O. BOX 2271<br>GRIFFIN, GA   30224 | Administrative | | $0.00 | $6,191.50 | $6,191.50 |
| 100 3210 | Morris Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA   30326 | Administrative | | $0.00 | $12,355.00 | $12,355.00 |
| 100 3220 | Morris Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA   30326 | Administrative | | $0.00 | $851.29 | $851.29 |
| 100 3410 | STONEBRIDGE ACCOUNTING & FORENSICS, LLC<br>P.O. BOX 1290<br>GRAYSON, GA   30017 | Administrative | | $0.00 | $7,388.00 | $7,388.00 |
| 100 3420 | STONEBRIDGE ACCOUNTING & FORENSICS, LLC<br>P.O. BOX 1290<br>GRAYSON, GA   30017 | Administrative | | $0.00 | $120.10 | $120.10 |
| 5 280 5800 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA   19101-7317 | Priority | | $0.00 | $100.00 | $100.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-10165-PMB  
Debtor Name: FOUNDATION AMBULANCE, INC.  
Claims Bar Date: 11/30/2020  
Date: September 15, 2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | ULINE<br>P.O. BOX 88741<br>CHICAGO, IL 60680 | Unsecured | | $0.00 | $117.06 | $117.06 |
| 2 300 7100 | QUILL<br>PO BOX 37600<br>PHILADELPHIA, PA 19101 | Unsecured | | $0.00 | $1,393.76 | $1,393.76 |
| 3 300 7100 | XPO LOGISTICS<br>C/O RMS<br>PO BOX 19253<br>MINNEAPOLIS, MN 55419 | Unsecured | | $0.00 | $220.25 | $220.25 |
| 4 300 7100 | COMPLETE BUSINESS SOLUTIONS GROUP, INC/RECEIVER<br>20 N 3RD STREET<br>PHILADELPHIA, PA 19106 | Unsecured | | $0.00 | $159,001.03 | $159,001.03 |
| 6 300 7100 | LEGACY FIRE APPARATUS<br>600 EARL ROAD<br>SHOREWOOD, IL 60404 | Unsecured | | $0.00 | $2,350.81 | $2,350.81 |
| 7 300 7100 | TEN-8 FIRE EQUIPMENT, INC.<br>2904 59TH AVE DR. E.<br>BRADENTON, FL 34203-3420 | Unsecured | | $0.00 | $18,659.75 | $18,659.75 |
| 8 300 7100 | TYFOR INVESTMENTS, INC. C/O<br>C/O JOHN A. CREASY, JR.<br>4200 NORTHSIDE PKWY, STE 200<br>ATLANTA, GA 30327 | Unsecured | | $0.00 | $12,166.00 | $12,166.00 |
| 9 300 7100 | SQUIRELANE, LLC<br>4200 NORTHSIDE PARKWAY<br>BLG ONE, SUITE 200<br>ATLANTA, GA 30327-3032 | Unsecured | | $0.00 | $12,166.00 | $12,166.00 |
| 10 300 7100 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $0.00 | $5,404.68 | $5,404.68 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-10165-PMB  
Debtor Name: FOUNDATION AMBULANCE, INC.  
Claims Bar Date: 11/30/2020  

Date: September 15, 2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | FUNDING METRICS, LLC<br>3220 TILLMAN DRIVE, SUITE 200<br>BENSALEM, PA 19020-1902 | Unsecured | | $0.00 | $20,075.00 | $20,075.00 |
| 12 300 7100 | LONSEAL<br>928 E. 238TH ST.<br>CARSON, CA 90745 | Unsecured | | $0.00 | $3,501.84 | $3,501.84 |
| 13 300 7100 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $0.00 | $49,823.14 | $49,823.14 |
| 15 300 7100 | MCMASTER-CARR SUPPLY COMPANY<br>PO BOX 7690<br>CHICAGO, IL 30680-7690 | Unsecured | | $0.00 | $3,885.90 | $3,885.90 |
| 16 300 7100 | NATIONAL FUNDING<br>9820 TOWNE CENTRE DR<br>SAN DIEGO, CA 92121 | Unsecured | | $0.00 | $86,275.78 | $86,275.78 |
| 17 300 7100 | DIANA DUBBELD<br>2920 BOBOLINK LANE<br>KALAMAZOO, MI 49008 | Unsecured | | $0.00 | $463,449.80 | $463,449.80 |
| 18 300 7100 | SOUTH STATE BANK, N.A.<br>FKA CENTER STATE BANK, N.A.<br>MATTHEW MAYNOR<br>1234 KING STREET<br>JACKSONVILLE, FL 32204 | Unsecured | | $0.00 | $540,496.96 | $540,496.96 |
| 19 350 7200 | EVS LTD<br>3702 W. SAMPLE STREET<br>SOUTH BEND, IN 46619 | Unsecured | | $0.00 | $11,529.00 | $11,529.00 |
| 11 400 4210 | FUNDING METRICS, LLC<br>3220 TILLMAN DRIVE, SUITE 200<br>BENSALEM, PA 19020-1902 | Secured | | $0.00 | $41,166.04 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-10165-PMB                                                                                      Date: September 15, 2023
Debtor Name: FOUNDATION AMBULANCE, INC.
Claims Bar Date: 11/30/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 400 4210 | FAYETTE COUNTY TAX COMMISSIONER 140 STONEWALL AVENUE W. STE. 110 FAYETTEVILLE, GA 30214 | Secured | | $0.00 | $9,865.94 | $0.00 |
| 18 400 4210 | SOUTH STATE BANK, N.A. FKA CENTER STATE BANK, N.A. MATTHEW MAYNOR 1234 KING STREET JACKSONVILLE, FL 32204 | Secured | | $0.00 | $15,000.00 | $0.00 |
| | Case Totals | | | $0.00 | $1,491,011.08 | $1,424,979.10 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-10165-PMB
Case Name: FOUNDATION AMBULANCE, INC.
Trustee Name: GRIFFIN E. HOWELL, III

Balance on hand     $     48,798.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | FUNDING METRICS, LLC | $ 41,166.04 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | FAYETTE COUNTY TAX COMMISSIONER | $ 9,865.94 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | SOUTH STATE BANK, N.A. | $ 15,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $     0.00

Remaining Balance     $     48,798.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GRIFFIN E. HOWELL, III | $ 6,375.00 | $ 0.00 | $ 6,375.00 |
| Trustee Expenses: GRIFFIN E. HOWELL, III | $ 543.45 | $ 0.00 | $ 543.45 |
| Attorney for Trustee Fees: GRIFFIN E. HOWELL, III | $ 6,191.50 | $ 0.00 | $ 6,191.50 |
| Accountant for Trustee Fees: STONEBRIDGE ACCOUNTING & FORENSICS, LLC | $ 7,388.00 | $ 0.00 | $ 7,388.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: STONEBRIDGE ACCOUNTING & FORENSICS, LLC | $ 120.10 | $ 0.00 | $ 120.10 |
| Charges: Clerk, United States Bankruptcy Court | $ 538.00 | $ 0.00 | $ 538.00 |
| Other: Morris Manning & Martin, LLP | $ 12,355.00 | $ 12,355.00 | $ 0.00 |
| Other: Morris Manning & Martin, LLP | $ 851.29 | $ 851.29 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                $           21,156.05

Remaining Balance                                                     $           27,642.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $100.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | DEPARTMENT OF THE TREASURY | $ 100.00 | $ 0.00 | $ 100.00 |

Total to be paid to priority creditors                                $              100.00

Remaining Balance                                                     $           27,542.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,378,987.76 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ULINE | $ 117.06 | $ 0.00 | $ 2.34 |
| 2 | QUILL | $ 1,393.76 | $ 0.00 | $ 27.84 |
| 3 | XPO LOGISTICS | $ 220.25 | $ 0.00 | $ 4.40 |
| 4 | COMPLETE BUSINESS SOLUTIONS GROUP, INC/RECEIVER | $ 159,001.03 | $ 0.00 | $ 3,175.69 |
| 6 | LEGACY FIRE APPARATUS | $ 2,350.81 | $ 0.00 | $ 46.95 |
| 7 | TEN-8 FIRE EQUIPMENT, INC. | $ 18,659.75 | $ 0.00 | $ 372.69 |
| 8 | TYFOR INVESTMENTS, INC. C/O | $ 12,166.00 | $ 0.00 | $ 242.99 |
| 9 | SQUIRELANE, LLC | $ 12,166.00 | $ 0.00 | $ 242.99 |
| 10 | AMERICAN EXPRESS NATIONAL BANK | $ 5,404.68 | $ 0.00 | $ 107.95 |
| 11 | FUNDING METRICS, LLC | $ 20,075.00 | $ 0.00 | $ 400.95 |
| 12 | LONSEAL | $ 3,501.84 | $ 0.00 | $ 69.94 |
| 13 | AMERICAN EXPRESS NATIONAL BANK | $ 49,823.14 | $ 0.00 | $ 995.11 |
| 15 | MCMASTER-CARR SUPPLY COMPANY | $ 3,885.90 | $ 0.00 | $ 77.61 |
| 16 | NATIONAL FUNDING | $ 86,275.78 | $ 0.00 | $ 1,723.17 |
| 17 | DIANA DUBBELD | $ 463,449.80 | $ 0.00 | $ 9,256.37 |
| 18 | SOUTH STATE BANK, N.A. | $ 540,496.96 | $ 0.00 | $ 10,795.21 |

Total to be paid to timely general unsecured creditors     $             27,542.20

Remaining Balance                                          $                  0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Tardily filed claims of general (unsecured) creditors totaling $11,529.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | EVS LTD | $ 11,529.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $                0.00

Remaining Balance    $                0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE