IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FOUNDATION AMBULANCE, INC. | ) | CASE NO. 20-10165-pmb |
| | ) | |
| Debtor. | ) | |

### CHAPTER 7 SUPPLEMENTAL DIVIDEND DISTRIBUTION REPORT

After the disbursement made to Department of the Treasury - IRS in the total amount of $100.00 posted to the bankruptcy estate bank account, Trustee received a check from the Department of the Treasury – IRS in the total amount of $100.33.   Therefore, Trustee will redistribute said amount to all allowed claims.   The approved supplemental distributions in the above-styled case are:

**Unsecured claim:** Claims of general unsecured creditors totaling $1,378,987.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.

| CLAIM NO. | CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | INITIAL DIVIDEND PAID | BALANCE OF CLAIM | TOTAL SUPPLEMENTAL DISTRIBUTION |
|---|---|---|---|---|---|
| 1 | Uline | $117.06 | $2.34 | $114.72 | $0.01* |
| 2 | Quill | $1,393.76 | $27.84 | $1,365.92 | $0.10* |
| 3 | XPO Logistics | $220.25 | $4.40 | $215.85 | $0.02* |
| 4 | Complete Business Solutions Group, Inc./Receiver | $159,001.03 | $3,175.69 | $155,825.34 | $11.57 |
| 6 | Legacy Fire Apparatus | $2,350.81 | $46.95 | $2,303.86 | $0.17* |
| 7 | Ten-8 Fire Equipment, Inc. | $18,659.75 | $372.69 | $18,287.06 | $1.35* |
| 8 | Tyfor Investments, Inc. C/O | $12,166.00 | $242.99 | $11,923.01 | $0.88* |
| 9 | Squirelane, LLC | $12,166.00 | $242.99 | $11,923.01 | $0.88* |
| 10 | American Express Nat'l Bank | $5,404.68 | $107.95 | $5,296.73 | $0.39* |
| 11 | Funding Metrics, LLC | $20,075.00 | $400.95 | $19,674.05 | $1.46* |
| 12 | Lonseal | $3,501.84 | $69.94 | $3,431.90 | $0.26* |
| 13 | American Express Nat'l Bank | $49,823.14 | $995.11 | $48,828.03 | $3.62* |
| 15 | McMaster-Carr Supply Co. | $3,885.90 | $77.61 | $3,808.29 | $0.28* |
| 16 | National Funding | $86,275.78 | $1,723.17 | $84,552.61 | $6.27 |
| 17 | Diana Dubbeld | $463,449.80 | $9,256.37 | $454,193.43 | $33.73 |
| 18 | South State Bank, N.A. | $540,496.96 | $10,795.21 | $529,701.75 | $39.34 |

**TOTAL AMOUNT DISBURSED TO CREDITORS ON THIS REPORT:**            **$100.33**

\* Pursuant to Federal Rule of Bankruptcy Procedure 3010(a), no dividend in any amount less than $5.00 shall be distributed to creditors.   Said funds will be paid into the registry of the Court

\*\* Pursuant to Federal Rule of Bankruptcy Procedure 3011, dividend will be paid directly to the Bankruptcy Court due to insufficient address. Distribution was unsuccessful after numerous attempts, and funds will be paid into the registry of the Court.

Prepared by:                                                                   Reviewed and approved by:

*/s/ Griffin E. Howell, III* \*                                         MARY IDA TOWNSON
Griffin E. Howell, III                                                      UNITED STATES TRUSTEE, REGION 21
Chapter 7 Trustee                                                       ACTING U.S. TRUSTEE
127 ½ E. Solomon Street
P.O. Box 2271                                                              */s/ R. Jeneane Treace*
Griffin, GA    30224-2271                                          R. Jeneane Treace
(770) 227-4015                                                            Trial Attorney
newhow@bellsouth.net                                           GA Bar No. 716620
                                                                                       United States Department of Justice
\* *Signed by Jeneane Treace with express permission*    Office of the United States Trustee
                                                                                       362 Richard Russell Building
                                                                                       75 Ted Turner Drive
                                                                                       Atlanta, GA    30303
                                                                                       (404) 331-4437
                                                                                       jeneane.treace@usdoj.gov